## 66496. TAUBER v. THE STATE.

SOGNIER, Judge.

Appellant was convicted in the Magistrate Division of the State Court of Fulton County of driving too fast for conditions and was fined $35.00. He appeals on the general grounds.

There is no transcript of the hearing in this case, and a summary of evidence prepared by appellant was rejected by the trial court because it omitted material matters considered by the court. In the absence of a transcript, we cannot consider an enumeration of error which is based on evidence heard by the trial court. *Curry v. State,* 148 Ga. App. 59 (251 SE2d 86) (1978). Thus, we affirm.

*Judgment affirmed. Quillian, P. J., and Pope, J., concur.*

DECIDED SEPTEMBER 20, 1983.

Harvey B. Tauber, *pro se.*

*James L. Webb, Solicitor, Deborah S. Greene, Assistant Solicitor,* for appellee.